THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
Clarence D. Sanders,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-108
Submitted December 23, 2003  Filed February 18, 2004 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy Evans, 
 Jr., Legal Counsel J. Benjamin Aplin, S.C. Dept. of Probation,, of Columbia, 
 for Respondents.
 
 
 

PER CURIAM:  Clarence 
 D. Sanders was convicted as a habitual traffic offender and sentenced to five-years 
 imprisonment, suspended upon the service of five-years probation.  As a result 
 of a probation violation and revocation hearing, Sanders probation was revoked 
 in full, and he was ordered to serve five-years imprisonment.  Pursuant to Anders 
 v. California, 386 U.S. 738 (1967), Sanders counsel attached a petition 
 to be relieved as counsel.  Sanders filed a pro se response. 
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Fortunes appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and KITTRIDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.